# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RICHARD E. WILLIFORD
ADC #102206                                                                                                PLAINTIFF

VS.                           4:14-CV-461-BRW-BD

FAULKNER COUNTY
DETENTION CENTER, *et al.*                                                                      DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. No objections to the Recommendation have been filed and the time for doing so has passed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Williford's claims against the Faulkner County Detention Center are DISMISSED with prejudice. His claim against Defendant Hasson in his official capacity is DISMISSED without prejudice.

IT IS SO ORDERED this 15th day of September, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE