# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICHARD E. WILLIFORD**                                                                  **PLAINTIFFS**

**VS.**                                    **4:14-CV-00461-BRW-BD**

**FAULKNER COUNTY DETENTION**
**CENTER,** *et al.*                                                                            **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, I approve and adopt as my findings in all respects the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Mr. Williford's claims against the "Doe" defendants are DISMISSED, without prejudice, in accordance with Federal Rule of Civil Procedure 4(m). I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not in good faith.

IT IS SO ORDERED this 11th day of February, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE