# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICHARD E. WILLIFORD**                                                                            **PLAINTIFF**

**V.**                              **CASE NO. 4:14-CV-000461 BRW/BD**

**FAULKNER COUNTY DETENTION**
**CENTER, et al.**                                                                                 **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Billy Roy Wilson. You may file written objections to this Recommendation. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Richard Williford filed this lawsuit pro se and is proceeding *in forma pauperis*. (Docket entries #1 and #2) The Court requires a plaintiff who is not represented by counsel to keep the Court informed as to his or her current address. The Court specifically cautioned Mr. Williford that his claims could be dismissed if he failed to comply with the order to keep the court informed of his current address. (#30)

On August 6, 2015, Mr. Williford was given thirty days to notify the Court of his new address, after mail addressed to him was returned to the Court as undeliverable. (#30) To date, Mr. Williford has failed to comply with the Court's Order, and the time for doing so has passed.

**III.    Conclusion:**

The Court recommends that Mr. Williford's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 6, 2015 Order. The Court further recommends that pending motions be denied, as moot.

DATED this 9th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE