# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICHARD E. WILLIFORD**                                                  **PLAINTIFF**

**V.**            **CASE NO. 4:14-CV-000461 BRW/BD**

**FAULKNER COUNTY DETENTION**
**CENTER, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Williford's lawsuit is DISMISSED, without prejudice. All pending motions are denied, as moot.

IT IS SO ORDERED, this 2nd day of October, 2015.

                                                        /s/ Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE